# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Absolute Plumbing of Long Island Inc. | 12/8/2022 | 266355 | Check | $ 4,605.70 |
| Akorn Operating Company, LLC | Absolute Plumbing of Long Island Inc. | 1/6/2023 | 266892 | Check | $ 3,856.19 |
| Akorn Operating Company, LLC | Absolute Plumbing of Long Island Inc. | 1/20/2023 | 266969 | Check | $ 11,301.75 |
| Akorn Operating Company, LLC | Absolute Plumbing of Long Island Inc. | 2/3/2023 | 267097 | Check | $ 8,065.41 |
| | | | | | $ 27,829.05 |